**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000530**
**05-FEB-2026**
**08:13 AM**
**Dkt. 60 ORD**

NO. CAAP-25-0000530

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

J.A., Petitioner-Appellant,
v.
C.B., and CHILD SUPPORT ENFORCEMENT AGENCY,
STATE OF HAWAI'I, Respondents-Appellees

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1PA211006034)

ORDER
(By: Hiraoka, Presiding Judge, McCullen and Guidry, JJ.)

Upon consideration of Petitioner-Appellant J.A.'s January 26, 2026 Motion for Leave to Dismiss Appeal, the papers in support, the record, and there being no opposition,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under Hawai'i Rules of Appellate Procedure Rule 42(b). The parties shall bear their own costs on appeal.

DATED: Honolulu, Hawai'i, February 5, 2026.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge